UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


LINDA GABBERT,

                    Plaintiff(s),                    CIVIL ACTION NO. 04-73724
v.                                                   JUDGE PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE


HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

                    Defendant(s).
_____/


ORDER OF DISMISSAL

At a session of said Court held in the
Theodore Levin Courthouse in the City of
Detroit, Michigan on September 29, 2005

        PRESENT:    HONORABLE PAUL D. BORMAN
                    United States District Judge


        This court has been advised by counsel that the above entitled action has been settled , thereby obviating the necessity of a trial.

        Accordingly, the above-entitled action is dismissed without prejudice and without costs.  However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.




                                s/Paul D. Borman
                                PAUL D. BORMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 29, 2005.


                                s/Jonie Parker
                                Case Manager